UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-24606-CIV-ZLOCH

TIMOTHY PATRICK REARDON, *et al.*,

        Plaintiffs,

v.

THE MOST REVEREND THOMAS WENSKI, *et al.*,

        Defendants.

_____/

## ORDER

This matter is before the Court *sua sponte*. In reviewing the docket in this matter, the Court notes that Plaintiffs Q.I.S. Management, LLC, and W.B. Care Center, LLC, are not currently represented by counsel. Corporations, however, cannot represent themselves in court. "The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Therefore, it is hereby **ORDERED AND ADJUDGED** that by **no later than April 3, 2012**, either an attorney must enter a notice of appearance on behalf of Q.I.S. Management, LLC, and W.B. Care Center, LLC, or these parties must withdraw from this action.

**DONE and ORDERED** this 6th day of March 2012.

                                                                              */s/ Robin S. Rosenbaum*
                                                                              ROBIN S. ROSENBAUM
                                                                              UNITED STATES MAGISTRATE JUDGE

cc: Hon. William J. Zloch

      Timothy Patrick Reardon
      50 Biscayne Blvd.
      Suite 3703
      Miami, Florida 33132